CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 1 6 2007

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT S. CARROLL, ) | |
| 　　Petitioner, ) | Civil Action No. 7:07CV00012 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| UNKNOWN, ) | By: Hon. Glen E. Conrad |
| 　　Respondent. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

as follows:

1. The above referenced petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court; and

2. Petitioner's motion for appointment of counsel shall be and hereby is **DISMISSED** as moot.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 16th day of January, 2007.

_____
United States District Judge